In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00296-CV

_____


IN RE COMMITMENT OF ROBERT CONWAY

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-05-05193-CV**
_____

**MEMORANDUM OPINION**

On July 31, 2017, the trial court signed an order denying Robert Conway's unauthorized petition for release from his civil commitment, which requires that he submit to treatment as a sexually violent predator. Robert Conway filed a notice of appeal but failed to file a brief. On June 12, 2018, we notified the parties that the brief had not been filed, and we warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On July 2, 2018,

we notified the parties that the appeal would be submitted to the Court on July 23, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on July 23, 2018
Opinion Delivered July 26, 2018

Before Kreger, Horton and Johnson, JJ.